# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL TYLER

NO. 2025 KW 1294

**DECEMBER 23, 2025**

---

In Re:    Michael Tyler, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 46028, 46029.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

                              **WIL**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT